# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| SPENCER KNIGHTEN, JR., | * |
| Plaintiff, | * |
| v. | * No. 3:17CV00207-SWW-JJV |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the Order in this case. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of January, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE